entered March 11, 1913, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for damage to sails, cordage, etc., and loss of lead ballast under a contract for the storage of plaintiff's yacht.

*Pierre M. Brown* and *William F. Purdy* for appellant.

*Robert Kelly Prentice* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED NELSON, Appellant.

*People* v. *Nelson*, 164 App. Div. 907, affirmed.
(Argued March 17, 1915; decided April 13, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 6, 1914, which affirmed a judgment rendered at a Trial Term for the county of Greene upon a verdict convicting the defendant of the crime of manslaughter in the second degree.

*Timothy G. Sheehan* for appellant.

*Harold D. Alexander, District Attorney* (*Rollin B. Sanford* and *Howard C. Wilbur* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.